SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935

E-filing

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | |
| v. ) | COMPLAINT |
| DAVID C. CLARK; WENDY R. CLARK; ) CLARK C. FAMILY TRUST; AMERICAN ) SYNERGY FINANCIAL COMPANY ) TRUST; and EAGLE SYSTEMS ) INTERNATIONAL, INC. ) | |
| Defendants. ) | |

Now comes the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

### COUNT I

### JURISDICTION AND VENUE

1. This is a civil action brought by the United States to reduce to judgment outstanding federal tax assessments against defendants David C. Clark and Wendy R. Clark; to set aside transfer of real property; and to foreclose federal tax liens upon real property.

2. This action is commenced pursuant to Sections 7401 and 7403 of the Internal Revenue Code of 1986, at the direction of the Attorney General of the United States, with the authorization and sanction, and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the

COMPLAINT                                    1

1 | Secretary of the Treasury.

2 | 3. Jurisdiction over this action is conferred upon this Court by Title 28, United States Code, Sections 1340 and 1345, and under Section 7402(a) and 7403 of the Internal Revenue Code of 1986.

4. Venue is proper in the Northern District of California because defendant taxpayers, David C. Clark and Wendy R. Clark, reside in and the subject property is located within this judicial district. 28 U.S.C., Sections 1391 and 1396.

## COUNT II

## IDENTIFICATION OF DEFENDANTS

5. Defendant David C. Clark currently resides at 41121 Kathlean Street, Fremont, California 94583, which is within the jurisdiction of this Court.

6. Defendant Wendy R. Clark currently resides at 41121 Kathlean Street, Fremont, California 94583, which is within the jurisdiction of this Court.

7. Defendant Clark C. Family Trust, also known as Clark C. Trust is currently located at 41121 Kathlean Street, Fremont, California 94583, is made a party in that it is believed to be an alter ego, nominee or agent of defendant David C. Clark and Wendy R. Clark, and pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property described which is the subject of this suit.

8. Defendant Eagle Systems International, Inc., whose current address is believed to be 1330 South 1000 East, Orem, Utah 84097, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

9. Defendant American Synergy Financial Company Trust, whose current address is believed to be 28436 Satellite Street, Hayward, California 94545, is made a party hereto pursuant to 26 U.S.C. §7403(b) in that it may claim an interest in the property which is the subject of this suit.

### IDENTIFICATION OF PROPERTY SOUGHT TO BE FORECLOSED

10. The property which is the subject of this suit is real property located at 41121 Kathlean Street, Fremont, California 94583, and described in the Official Records in the office of the County Recorder, Alameda County, California, describing the real property as follows (hereinafter referred to as the ("Kathlean Street property"):

Lot 43, in Block 3, as said lot and block are shown on the map of "Tract 1975, Fremont Fields Unit No. 5, City of Fremont, Alameda County, California," filed February 4, 1959, in Book 39 of Maps, at pages 46 and 47 in the Office of the County Recorder of Alameda County.

## COUNT III

### REDUCE ASSESSMENTS TO JUDGMENT

11. The United States realleges the allegations in paragraphs 1 through 10 above, as if fully set forth herein.

12. On August 21, 2001, a delegate of the Secretary of the Treasury made assessment against taxpayers David C. Clark and Wendy R. Clark for federal income tax (Form 1040), penalties and interest for the year 1996 of which $545,030.53 remains unpaid as of June 15, 2007.

13. Despite timely notice and demand for payment of the assessments described in paragraph 12 above, defendants David C. Clark and Wendy R. Clark have neglected, failed, or refused to pay the assessment described in paragraph 12.

14. A delegate of the Secretary of the Treasury made assessments against taxpayer David C. Clark for unpaid federal excise taxes (IRC 4941), penalties and interest for the years 1998-2001 as set forth below:

| TAX YEAR/ TYPE OF TAX | DATE OF ASSESSMENT | TAX ASSESSED | BALANCE OF TAX, INTEREST, FEES & PENALTIES AS OF 06/15/07 | RECORDING DATES OF TAX LIEN IN ALAMEDA COUNT |
|---|---|---|---|---|
| 1998/ Excise/ IRC 4941 | 12/15/2003 | $ 4,797.91 | $ 5,967.24 | 04/30/2004 |
| 1999/ Excise/ IRC 4941 | 12/15/2003 | $ 9,299.03 | $ 11,565.35 | 04/30/2004 |
| 2000/ Excise/ IRC 4941 | 12/15/2003 | $ 14,092.68 | $ 17,527.28 | 04/30/2004 |
| 2001/ Excise/ IRC 4941 | 12/15/2003 | $ 16,708.13 | $ 20,780.18 | 04/30/2004 |

15. Despite timely notice and demand for payment of the assessments described in paragraph 14 above, defendant David C. Clark has neglected, failed, or refused to pay the assessments described in paragraph 14 above, and there remains due and owing on said assessments, as of June 15,

COMPLAINT                              3

1 | 2007, the sum of $55,840.05, plus accrued interest and penalties and other statutory additions as
2 | provided by law, minus any credits.

### COUNT IV

### CLARK C. TRUST
### IS A NOMINEE OF DAVID C. CLARK AND WENDY R. CLARK

16. The United States realleges the allegations in paragraphs 1 through 15 above, as if fully set forth herein

17. On February 5, 2004. The Internal Revenue Service filed with the Alameda County Recorder, Alameda County, California, a Notice of Federal Tax Lien relative to the assessment described in paragraph 12 designating defendant Clark C. Trust as nominee of David C. Clark and Wendy R. Clark.

18. By Quitclaim Deed dated October 4, 1989, and recorded October 4, 1989 in the Alameda County Recorder, Alameda County, California, defendant Clark C. Trust acquired record title to the Kathlean property described in paragraph 10 above.

19. Defendant Clark C. Trust was the nominee and or agent of defendants David C. Clark and Wendy R. Clark at the time of the conveyance described in paragraph 18. The title to the Kathlean property passed to defendant Clark C. Trust as a nominee or agent of David C. Clark and Wendy R. Clark.

20. The conveyance described in paragraph 18 was a sham that lacked economic substance and was made solely for the use and benefit of defendants David C. Clark and Wendy R. Clark, who remained in continuous use and possession of the property.

### COUNT V

### FORECLOSE FEDERAL TAX LIENS

21. The United States realleges the allegations in paragraphs 1 through 20 above, as if fully set forth herein.

22. Pursuant to 26, United States Code, Sections 6321 and 6322, liens arose in favor of the plaintiff, United States of America, upon all property and rights to property, whether real or personal, belonging to defendant David C. Clark and Wendy R. Clark, as of the date of the assessment described

COMPLAINT                                    4

1  in paragraph 12 or acquired thereafter.

2  23. A delegate of the Secretary of the Treasury filed a Federal Tax Lien against defendants David C. Clark and Wendy R. Clark with the Alameda County Recorder's Office in Oakland, California, on October 1, 2001.

24. The property described in paragraph 10 has at all pertinent times been property belonging to David C. Clark and Wendy R. Clark, for purposes of the tax lien provisions of the Internal Revenue Code. Accordingly, the federal tax liens at issue attached to the property when the liens arose, and the tax liens have continued to the present and without interruption, to attach to such property.

25. In the alternative to the allegations contained in paragraph 23, the United States alleges that defendant Clark C. Trust is an alter ego and nominee of defendants David C. Clark and Wendy R. Clark with respect to the property described in paragraph 10.

26. The property described in paragraph 10 was transferred to the Clark C. Trust as an alter ego or nominee of defendants David C. Clark and Wendy R. Clark, and the Clark C. Trust is used by defendants David C. Clark and Wendy R. Clark to avoid paying federal tax obligations.

27. On February 5, 2004, a delegate of the Secretary of the Treasury filed Federal Tax Liens with the Alameda County Recorder's Office in Alameda County, California against defendant Clark C. Trust as nominee of David C. Clark and Wendy R. Clark.

28. The transaction described in paragraph 18, in which Clark C. Trust participated, was a sham and lacked economic substance.

30. Pursuant to 26, United States Code, Sections 6321 and 6322, liens arose in favor of the plaintiff, United States of America, upon all property and rights to property, whether real or personal, belonging to defendant David C. Clark as of the date of the assessments described in paragraph 14 or acquired thereafter.

31. A delegate of the Secretary of the Treasury filed a Federal Tax Lien against defendant David C. Clark with the Alameda County Recorder's Office in Oakland, California on April 30, 2004.

32. The property described in paragraph 10 has at all pertinent times been property

COMPLAINT                                    5

belonging to David C. Clark and Wendy R. Clark, for purposes of the tax lien provisions of the Internal Revenue Code. Accordingly, the federal tax lien at issue in paragraph 30 attached to the property when the lien arose, and the tax lien has continued to the present and without interruption, to attach to such property.

**WHEREFORE**, the plaintiff, United States of America, prays for the following relief:

1. That this Court determine and adjudge that David C. Clark and Wendy R. Clark are personally liable to the United States for the sum of $545,030.53, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, since June 15, 2007; that a judgment in that amount be entered against David C. Clark and Wendy R. Clark and in favor of the United States of America;

2. That this Court determine and adjudge that David C. Clark is also personally liable to the United States for the sum of $55,840.05, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, since June 15, 2007; that a judgment in that amount be entered against David C. Clark and in favor of the United States of America;

3. That this Court determine and adjudge that the United States has lien for unpaid federal taxes of David C. Clark and Wendy R. Clark, against the real property described in paragraph 10, which property is the subject of this suit, for the sum of $545,030.53, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, since June 15, 2007;

4. That this Court determine and adjudge that the United States has liens for unpaid federal taxes of David C. Clark, against the real property described in paragraph 10, which property is the subject of this suit, for the sum of $55,840.05, plus interest and statutory additions, as provided by law, that have accrued, and continue to accrue, since June 15, 2007;

5. That the tax liens of the United States be foreclosed, that this Court order the sale of the real property described in paragraph 10, and that the proceeds of such sale be distributed to the United States;

6. That, if the amounts distributed to the United States pursuant to the sale of the real property are insufficient to satisfy fully the above-described tax liabilities, the United States have judgment for the deficiency against David C. Clark and Wendy R. Clark;

COMPLAINT                                    6

7. That the United States be granted its costs and attorneys' fees; and,

8. For such other and further relief as is just and proper.

                                                              Respectfully submitted,

                                                              SCOTT N. SCHOOLS
                                                              United States Attorney

                                                              */s/ T. Moore*

                                                              THOMAS MOORE
                                                              Assistant United States Attorney
                                                              Tax Division