AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____  District of  CALIFORNIA

United States of America,

Plaintiff

V.

David C. Clark, et al.

Defendant.



**SUMMONS IN A CIVIL CASE**

CASE NUMBER:



TO: (Name and address of Defendant)

David C. Clark
41121 Kathlean St.
Fremont, CA 94583
(Also see attached list)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCOTT N. SCHOOLS
United States Attorney
JAY R. WEILL
Chief, Tax Division

THOMAS MOORE, AUSA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

an answer to the complaint which is served on you with this summons, within  _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                                                JUN 1 3 2007

CLERK                                                                              DATE

MARY ANN BUCKLEY

(By) DEPUTY CLERK

## SERVICE LIST

Wendy R. Clark
41121 Kathlean St.
Fremont, CA 94583

Clark C. Trust
41121 Kathlean St.
Fremont, CA 94583

Eagle Systems International, Inc.
1330 South 1000 East
Orem, Utah, 84097

American Synergy Financial Company Trust
28436 Satellite St.
Hayward, CA 94545