SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASB No. 4305-T78O)
Assistant United States Attorney
Acting Chief, Tax Division
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:    (415) 436-6935
  Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,                       ) <br>          **Plaintiff,**                                       ) <br>          v.                                                        ) <br> DAVID C. CLARK; WENDY R. CLARK;       ) <br> CLARK C. FAMILY TRUST; AMERICAN      ) <br> SYNERGY FINANCIAL COMPANY              ) <br> TRUST; and EAGLE SYSTEMS                      ) <br> INTERNATIONAL, INC.                                   ) <br>          **Defendants.**                                  ) | No.   C-07-3086-MEJ <br><br> **CONSENT TO ASSIGNMENT** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:   September 7, 2007              Signed by: /s/  Ray W. Sowards

                                                              Counsel for:      Defendants


Dated:   September 7, 2007              Signed by:   /s/ Thomas Moore

                                                              Counsel for:   United States of America