IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3086 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| vs. | **ORDER REQUESTING BRIEFING RE: RIGHT TO JURY TRIAL** |
| DAVID C. CLARK, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Case Management Statement, filed September 10, 2007. Upon review of the statement, the Court finds a case management conference unnecessary and VACATES the September 20, 2007 Case Management Conference scheduled in this matter. Before issuing a case management order, however, the Court notes that Defendants have requested a jury trial. As the United States commenced this action pursuant to 26 U.S.C. §§ 7401 and 7403, it is not clear Defendants have the right to a jury trial. Accordingly, the Court requests briefing from the parties on this issue. Defendants shall file a memorandum by September 25, 2007 in support of their request for a jury trial. The United States may file a response by October 9, 2007, at which time the Court shall take the matter under submission. After resolution of this issue, the Court shall issue a case management order.

**IT IS SO ORDERED.**

Dated: September 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge