SCOTT N. SCHOOLS  (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) C-07-3086 MEJ |
| v. | ) |
| DAVID C. CLARK, et al., | ) DISCLAIMER OF INTEREST |
| Defendants. | ) AND ORDER OF DISMISSAL |

Eagle Systems International, Inc., by and through the undersigned, hereby notifies the Court that it disclaims any interest in 41121 Kathlean Street, Fremont, California, the property which is at issue in the above-referenced action and described in paragraph 10 of the complaint.

It is hereby stipulated by and between plaintiff United States of America and Eagle Systems International, Inc., through the undersigned, that it be dismissed from this action, that Eagle Systems International, Inc., bear its own costs, including any possible attorneys' fees or other expenses of this litigation.

                                                                SCOTT N. SCHOOLS
                                                                United States Attorney

/s/ Ray Sowards                                                 /s/ Thomas Moore
RAY SOWARDS                                                     THOMAS MOORE
Attorney for Eagle Systems International, Inc.                  Assistant United States Attorney
                                                                Tax Division


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____                          _____
                                              UNITED STATES DISTRICT JUDGE