1  SCOTT N. SCHOOLS  (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-6935
5
   Attorneys for the United States of America
6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN FRANCISCO DIVISION
9
   UNITED STATES OF AMERICA,        )
10                                  )    C-07-3086 MEJ
              Plaintiff,            )
11                                  )
         v.                         )
12                                  )    **DISCLAIMER OF INTEREST**
   DAVID C. CLARK, et al.,          )    **AND ORDER OF DISMISSAL**
13                                  )
              Defendants.           )
14                                  )

15       Eagle Systems International, Inc., by and through the undersigned, hereby notifies the Court

16  that it disclaims any interest in 41121 Kathlean Street, Fremont, California, the property which is at

17  issue in the above-referenced action and described in paragraph 10 of the complaint.

18       It is hereby stipulated by and between plaintiff United States of America and Eagle Systems

19  International, Inc., through the undersigned, that it be dismissed from this action, that Eagle Systems

20  International, Inc., bear its own costs, including any possible attorneys' fees or other expenses of this

21  litigation.

22                                       SCOTT N. SCHOOLS
                                         United States Attorney
23
   /s/ Ray Sowards                       /s/ Thomas Moore
24  RAY SOWARDS                          THOMAS MOORE
    Attorney for Eagle Systems International, Inc.   Assistant United States Attorney
25                                       Tax Division

26
         **PURSUANT TO STIPULATION, IT IS SO ORDERED**
27
    Dated: September 17, 2007           _____
28                                       UNITED STATES

*Judge Maria-Elena James* (signature and seal)