1  SCOTT N. SCHOOLS  (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-6935
5  Attorneys for the United States of America

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7              NORTHERN DISTRICT OF CALIFORNIA

8                  SAN FRANCISCO DIVISION

9  **UNITED STATES OF AMERICA,**            )
                                            )   **C-07-3086 MEJ**
10         **Plaintiff,**                   )
                                            )
11     **v.**                               )
                                            )   **DISCLAIMER OF INTEREST**
12  **DAVID C. CLARK, et al.,**             )   **AND ORDER OF DISMISSAL**
                                            )
13         **Defendants.**                  )
   _____  )

14

15         American Synergy Financial Company Trust, by and through the undersigned, hereby

16  notifies the Court that it disclaims any interest in 41121 Kathlean Street, Fremont, California, the

17  property which is at issue in the above-referenced action and described in paragraph 10 of the

    complaint.

18

19         It is hereby stipulated by and between plaintiff United States of America and American

20  Synergy Financial Company Trust, through the undersigned, that it be dismissed from this action,

21  that American Synergy Financial Company Trust, bear its own costs, including any possible

    attorneys' fees or other expenses of this litigation.

22

23                                      SCOTT N. SCHOOLS
                                        United States Attorney

24  /s/ Ray Sowards                     /s/ Thomas Moore
    RAY SOWARDS                         THOMAS MOORE
25  Attorney for                        Assistant United States Attorney
    American Synergy Financial Company Trust    Tax Division

26

27      **PURSUANT TO STIPULATION, IT IS SO ORDERED**

28

    Dated: _____
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE