```
1  SCOTT N. SCHOOLS  (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-6935
5  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | C-07-3086 MEJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DISCLAIMER OF INTEREST |
| DAVID C. CLARK, et al., | ) | AND ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

American Synergy Financial Company Trust, by and through the undersigned, hereby notifies the Court that it disclaims any interest in 41121 Kathlean Street, Fremont, California, the property which is at issue in the above-referenced action and described in paragraph 10 of the complaint.

It is hereby stipulated by and between plaintiff United States of America and American Synergy Financial Company Trust, through the undersigned, that it be dismissed from this action, that American Synergy Financial Company Trust, bear its own costs, including any possible attorneys' fees or other expenses of this litigation.

```
                                    SCOTT N. SCHOOLS
                                    United States Attorney

/s/ Ray Sowards                     /s/ Thomas Moore
RAY SOWARDS                         THOMAS MOORE
Attorney for                        Assistant United States Attorney
American Synergy Financial Company Trust   Tax Division
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 18, 2007
_____
UNITED STATES

*[Signature: Judge Maria-Elena James, United States District Court, Northern District of California seal]*