# UNITED STATES DISTRICT COURT

### Northern District of California

| United States Of America, | 07-03086 MEJ MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Clark, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Margaret Corrigan**
Circuit Mediation Office
U.S. Court of Appeals, Ninth Circuit
95 Seventh St.
P.O. Box 193939
San Francisco, CA 94119
415-355-7905

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03086 MEJ MED                - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: November 14, 2007

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Alice M. Fiel


                                    _____
                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov
```

**Notice of Appointment of Mediator**
07-03086 MEJ MED                         - 2 -