```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-7017
 Fax:          (415) 436-6748
```

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            ) <br>      Plaintiff,  )<br>            ) <br>   v.       )<br>            ) <br>DAVID C. CLARK, et al.,  )<br>            ) <br>      Defendants.  )<br>_____ ) | No. C-07-3086-MEJ<br><br>**DECLARATION OF THOMAS MOORE IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

I, Thomas Moore, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.     I am employed as an Assistant United States Attorney with the United States Attorney, in the offices located in San Francisco, California.  As part of my duties I am assigned to this matter and have of IRS administrative files concerning the Clark defendants.

2.     Attached hereto as Exhibit 1 is a true and correct copy of Defendant David C. Clark's Responses to Plaintiff's First Set of Requests for Admissions.

3.     Attached hereto as Exhibit 2 is a true and correct copy of Defendant Wendy R. Clark's Responses to Plaintiff's First Set of Requests for Admissions.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a Certificate of Assessments and Payments concerning David C. Clark and Wendy R. Clark's 1996 federal income taxes.

///

5.	Attached hereto as Exhibit 4A is a true and correct copy of the September 24, 2001 Notice of Federal Tax Lien recorded against David C. Clark and Wendy R. Clark for Federal Income Tax for the period ending December 31, 1996.  Attached hereto as Exhibit 4B is a true and correct copy of the April 30, 2004 Notice of Federal Tax Lien recorded against David C. Clark for Federal Excise for the 1998, 1999, 2000 and 2001 tax periods.

6.	Attached hereto as Exhibit 5 is a true and correct copy of the November 11, 2003 Notice of Intent to Levy to David C. Clark and Wendy R. Clark for Federal Income Tax for the period ending December 31, 1996.

7.	Attached hereto as Exhibit 6 is a true and correct copy of the June 18, 2001 Decision of the United States Tax Court concerning the income tax liability of David C. Clark and Wendy Clark for the period ending December 31, 1996.

8.	Attached hereto as Exhibit 7 is a true and correct copy of the October 14, 2003 Decision of the United States Tax Court concerning the excise tax liabilities of David C. Clark for the periods ending December 31, 1998, December 31, 1999, December 31, 2000, and December 31, 2001.

9.	Attached hereto as Exhibit 8 is a true and correct copy of a Certificate of Assessments and Payments concerning David C. Clark's excise taxes for the periods ending December 31, 1998, December 31, 1999, December 31, 2000, and December 31, 2001.

10.	Attached hereto as Exhibit 9 is a true and correct copy of the January 5, 1989 Declaration of Trust of the Clark C. Trust, signed by defendant David C. Clark

11.	Attached hereto as Exhibit 10 is a true and correct copy of the January 9, 1989 Amendment to the Declaration of Trust of the Clark C. Trust, signed by David C. Clark and Wendy R. Clark.

12.	Attached hereto as Exhibit 11 is a true and correct copy of the September 26, 1996 Amended Declaration of Trust of the Clark C. Trust, signed by David C. Clark.

13.	Attached hereto as Exhibit 12 is a true and correct copy of the July 28, 1989 Quitclaim Deed for the Kathlean St. Property executed by Wendy R. Clark in favor of David C. Clark

1      14.    Attached hereto as Exhibit 13 is a true and correct copy of the October 4, 1989
Quitclaim Deed for the Kathlean St. Property executed by David C. Clark in favor of the Clark C.
Family Trust.

       15.    Attached hereto as Exhibit 14 is a true and correct copy of the Memorandum of
Interview of a September 9, 2002 interview of Russell Jacobsen.

       16.    Attached hereto as Exhibit 15 is a true and correct copy of the Memorandum of
Interview of a April 1, 2004 interview of Steven Shallenberger.

       17.    Attached hereto as Exhibit 16 is a true and correct copy of the November 10, 2003
IRS Memorandum concerning the investigation of Defendants David C. Clark and Wendy
Clark's income tax liability.

       18.    Attached hereto as Exhibit 17 is a true and correct copy of the September 27, 1983
Grant Deed from Judith C. Brown to David C. Clark and Wendy R. Clark of the Kathlean St.
Property.

       19.    Attached hereto as Exhibit 18 is a true and correct copy of the Minutes of the First
Meeting of the Board of Trustees of the Clark C. Trust.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on December 5th, 2007, San Francisco, California.


                                         /s/ Thomas Moore
                                         THOMAS MOORE
                                         Assistant United States Attorney
                                         Tax Division