IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3086 MEJ |
| Plaintiff(s), | **ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |
| vs. | |
| DAVID C. CLARK, et al., | |
| Defendant(s). | |

Pending before the Court is the United States' Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the undersigned's Case Management Standing Order, motions for summary judgment must be accompanied by a joint statement of undisputed facts. Accordingly, the Court ORDERS the parties to file a joint statement by December 20, 2007.

**IT IS SO ORDERED.**

Dated: December 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge