1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

UNITED STATES OF AMERICA,                          No. C 07-3086 MEJ

8
          Plaintiff(s),
9
                                              **ORDER CONTINUING HEARING**
     vs.
10
DAVID C. CLARK, et al.,
11
          Defendant(s).
12                                              /

13        Pending before the Court is the United States' Motion for Summary Judgment, with a noticed

14   hearing date of January 10, 2008.  The Court hereby CONTINUES the hearing to January 17, 2008

15   at 10:00 a.m in Courtroom B.  This continuance shall **not** affect the briefing schedule.

16        **IT IS SO ORDERED.**

17

18   Dated: December 18, 2007                  _____

19                                             MARIA-ELENA JAMES
                                               United States Magistrate Judge
20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California