```
 1  SCOTT N. SCHOOLS  (SCSBN 9990)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3    10th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
 4    San Francisco, California 94102
      Telephone: (415) 436-6935
 5  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID C. CLARK, et al.,<br><br>Defendants. | C-07-3086 MEJ<br><br>**RESPONSE TO ORDER TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

Pursuant to the Court's order to submit a joint statement of undisputed facts, the defendants and plaintiff United States of America, through their undersigned counsel, confirmed in an attempt to agree on undisputed facts. The defendants, however, dispute all of the United States' factual allegations.

RAY SOWARDS   12-20-07
Attorney for Defendants

SCOTT N. SCHOOLS
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Tax Division