**Ray W. Sowards** SBN 139952
**Law Offices of Ray W. Sowards**
1289 S. Park Victoria Drive, Suite 201
Milpitas, California 95035
Telephone:    (408)957-0807
FAX:    (408)957-0663
Email:    rsowards@pacbell.net

Attorney for Defendants David C. Clark, Wendy R. Clark

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID C. CLARK; WENDY R. CLARK; CLARK C. FAMILY TRUST; AMERICAN SYNERGY FINANCIAL COMPANY TRUST; EAGLE SYSTEMS INTERNATIONAL, Inc.<br><br>    Defendants. | Case Number: **C-07-3086-MEJ**<br><br>**DECLARATION OF SERVICE BY FACSIMILE AND BY MAIL** |

I, Simon P. Smith, am a citizen of the Unites States and a resident of the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1289 S. Park Victoria Drive, Suite 201, Milpitas, California 95035. On October 30, 2007 I served the following:

→    **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

→    **DECLARATION OF RAY W. SOWARDS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

upon the below listed persons or parties by transmitting same from a facsimile transmission device to the facsimile number set forth below. I then placed a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail addressed as follows:

Thomas Moore, Esq.
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA  9410267

Facsimile: (415)436-6748

There are facsimile devices capable of transmitting and receiving documents at the place set forth above. There is regular pickup and delivery services by the United States Postal Service both at the place of mailing and the place so addressed.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 20, 2007 at Milpitas, California.

_____          _____
                                 Simon P. Smith

///
///
///
///
///
///