1  SCOTT N. SCHOOLS   (SCSBN.9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-T78O)
   Assistant United States Attorney
3   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4  San Francisco, California 94102
   Telephone:  (415) 436-7017
5
   Attorneys for United States of America
6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN FRANCISCO DIVISION
9
   UNITED STATES OF AMERICA,        )   Case No. C-07-3086-MEJ
10                                   )
          Plaintiff,                 )
11                                   )   STIPULATION TO ENLARGE TIME FOR
          v.                         )   MEDIATION AND AND [proposed] ORDER
12                                   )
   DAVID C. CLARK,                   )
13                                   )
          Defendant.                 )
14  _____ )

15       It is hereby stipulated by and between Plaintiff and Defendants David and Wendy Clark,

16  through their undersigned  counsel, that the time for the meditation conference in this matter be

17  enlarged to a date to be determined by this court at the hearing on the United States' motion for

18  summary judgment scheduled for January 17, 2008.

19       This enlargement of time is necessary for the reason that the United States asserts that it is

20  entitled to judgment as a matter of law on *res judicata* grounds and is unwilling to settle the liability

21  portion of this suit as it has already litigated and prevailed against the Clark defendants with respect to

22  that issue.

23                                            SCOTT N. SCHOOLS
                                              United States Attorney
24

25  /s/ Ray Sowards                           /s/ Thomas Moore
    RAY SOWARDS                               THOMAS MOORE
26  Attorney for Defendants                   Assistant United States Attorney
      David C. Clark and Wendy Clark          Tax Division
27                                            Attorneys for Defendants

28
         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


    Dated:_____                        _____
                                              UNITED STATES MAGISTRATE JUDGE