SCOTT N. SCHOOLS  (SCSBN.9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-3086-MEJ |
| Plaintiff, | |
| v. | STIPULATION TO ENLARGE TIME FOR MEDIATION AND AND [proposed] ORDER |
| DAVID C. CLARK, | |
| Defendant. | |

It is hereby stipulated by and between Plaintiff and Defendants David and Wendy Clark, through their undersigned counsel, that the time for the meditation conference in this matter be enlarged to a date to be determined by this court at the hearing on the United States' motion for summary judgment scheduled for January 17, 2008.

This enlargement of time is necessary for the reason that the United States asserts that it is entitled to judgment as a matter of law on *res judicata* grounds and is unwilling to settle the liability portion of this suit as it has already litigated and prevailed against the Clark defendants with respect to that issue.

                                                SCOTT N. SCHOOLS
                                                United States Attorney

/s/ Ray Sowards                                 /s/ Thomas Moore
RAY SOWARDS                                     THOMAS MOORE
Attorney for Defendants                         Assistant United States Attorney
 David C. Clark and Wendy Clark                 Tax Division
                                                Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 4, 2008
                                                _____
                                                UNITED STATES MAGISTRATE JUDGE