IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3086 MEJ |
| Plaintiff(s), | **ORDER STRIKING DEFENDANTS' SURREBUTTAL** |
| vs. | |
| DAVID C. CLARK, et al., | |
| Defendant(s). | |

On January 2, 2008, Defendants filed a Surrebuttal in Opposition to Plaintiff's Motion for Summary Judgment. (Doc. #29.) Pursuant to Civil Local Rule 7-3(d), "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Here, Plaintiff filed its reply brief on December 26, 2007, and Defendants did not seek Court approval to file a surrebuttal. Accordingly, the Court STRIKES Defendants' surrebuttal from the record.

**IT IS SO ORDERED.**

Dated: January 8, 2008

MARIA-ELENA JAMES
United States Magistrate Judge