IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>DAVID C. CLARK, et al.,<br><br>    Defendant(s). | No. C 07-3086 MEJ<br><br>**ORDER FOR DEFENDANTS TO PROVIDE FURTHER BRIEFING RE: JOINT STATEMENT OF UNDISPUTED FACTS** |

On December 11, 2007, the Court ordered the parties to file a joint statement of undisputed facts. In response, the parties filed a one-page statement stating that Defendants dispute all of the United States' factual allegations. Upon review of the United States' memorandum in support of its summary judgment motion, it is not clear how Defendants can dispute all facts therein. This would mean that, for instance, Defendants dispute that they are taxpayers and that the United States Tax Court entered a Stipulated Decision against them. Given that Defendants' opposition contains certain facts that are identical to those set out in the United States' motion, it is not acceptable for Defendants to state that they dispute all facts. Accordingly, the Court ORDERS Defendants to provide further briefing on this issue. Specifically, Defendants shall, line by line, address the United States' factual statements and provide evidence which shows that each fact is in dispute. Defendants shall file their supplemental briefing by January 15, 2008.

**IT IS SO ORDERED.**

Dated: January 8, 2008

MARIA-ELENA JAMES
United States Magistrate Judge