1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff(s),

   vs.

DAVID C. CLARK, et al.,

              Defendant(s).

_____/

No. C 07-3086 MEJ

**ORDER RE: PENDING UNITED STATES TAX COURT CASE**

      In their opposition to Plaintiff's summary judgment motion, Defendants argue that the validity of the tax assessments at issue in this case are the subject of another suit pending before the United States Tax Court. Defendants provide a caption, *Dave and Wendy Clark v. Commissioner*, but no other information regarding the case. If Defendants wish this Court to consider their argument, they must provide further information regarding the tax court case. Accordingly, the Court ORDERS Defendants to provide, as part of a declaration in compliance with Federal Rule of Civil Procedure 56(e), the following:

1)     the full caption of the tax court case, including the case number;
2)     a court-certified copy of the operational complaint; and
3)     a court-certified copy of any other document(s) filed in the case that provide(s) information regarding the procedural status of the case.

      Defendants shall file their declaration by January 15, 2008, and shall ensure that a chambers copy of the declaration is delivered by noon on January 16, 2008. Defendants shall make no arguments in the declaration regarding either case.

      **IT IS SO ORDERED.**

Dated: January 8, 2008

                                  _____
                                  MARIA-ELENA JAMES
                                  United States Magistrate Judge