1

2                          IN THE UNITED STATES DISTRICT COURT

3                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   UNITED STATES OF AMERICA,                    No. C 07-3086 MEJ

6              Plaintiff(s),                      **ORDER REQUESTING FURTHER
                                                  BRIEFING RE: IDENTITY OF**
7        vs.                                      **BENEFICIARIES**

8   DAVID C. CLARK, et al.,

9              Defendant(s).
    _____/

10

11        In preparation for the summary judgment hearing scheduled to take place on January 17,

12  2008, the Court requests that the parties provide further briefing on the following issues:

13        1) In their opposition, Defendants state that documents outside the trust, including minutes

14  and Certificates of Beneficial Interest, are incorporated as part of the Trust by operation of law.

15  However, Defendants do not cite or reference the "law" to which they refer.  Accordingly,

16  Defendants shall provide the relevant legal authority to support their argument.

17        2) In its motion, Plaintiff argues that the David C. Trust is silent as to the identity of

18  beneficiaries, yet the trust refers to Certificates of Beneficial Interest, which identify beneficiaries by

19  name.  Thus, it would seem that the class of beneficiaries is reasonably ascertainable (i.e., those

20  individuals that possess certificates of beneficial interest).  Accordingly, Plaintiff shall provide any

21  legal authority which states that the Court may not look to the certificates in connection with the

22  original trust documents to ascertain the beneficiaries' identities.

23        The parties shall file the requested briefing by January 15, 2008 at 12:00 p.m.

24        **IT IS SO ORDERED.**

25

26  Dated: January 9, 2008                        _____
                                                  MARIA-ELENA JAMES
27                                                United States Magistrate Judge

28

*United States District Court*
*For the Northern District of California*