IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3086 MEJ |
| Plaintiff(s), | **ORDER STAYING CASE** |
| vs. | |
| DAVID C. CLARK, et al., | |
| Defendant(s). | |

As part of their opposition to Plaintiff's summary judgment motion, Defendants requested that the Court stay this matter pending resolution of certain cases pending in the United States Tax Court (*David C. and Wendy Clark, et al. v. Commissioner of Internal Revenue*, Docket Nos. 4092-05, and related cases). Upon conferral with the presiding judge in the tax court matters, the Honorable Harry A. Haines, the Court finds it appropriate to stay this matter pending the outcome of the trial in those cases. Accordingly, the Court VACATES the January 17, 2008 summary judgment hearing and STAYS this matter pending the outcome of the tax court cases.

The parties are hereby ORDERED to file a joint status letter with the outcome of the tax court cases.

**IT IS SO ORDERED.**

Dated: January 16, 2008

MARIA-ELENA JAMES
United States Magistrate Judge