United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>DAVID C. CLARK, et al.,<br><br>        Defendant(s). | No. C 07-3086 MEJ<br><br>**ORDER RE: PLAINTIFF'S PENDING SUMMARY JUDGMENT MOTION** |

On January 16, 2008, the Court stayed this matter pending the outcome of the tax court cases. As Plaintiff's summary judgment motion remains pending on the docket, (Dkt. #20), the Court DENIES WITHOUT PREJUDICE Plaintiff's motion. Plaintiff may re-notice its motion if necessary after the stay is lifted.

**IT IS SO ORDERED.**

Dated: September 17, 2008

MARIA-ELENA JAMES
United States Magistrate Judge