IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3086 MEJ |
| Plaintiff(s), | **ORDER REQUESTING STATUS UPDATE** |
| vs. | |
| DAVID C. CLARK, et al., | |
| Defendant(s). | |

On January 16, 2008, the Court stayed this matter pending the outcome of the tax court cases. (Dkt. #27.) The Court hereby requests that the parties file a joint status report regarding those cases. The parties shall file their statement by December 2, 2008.

**IT IS SO ORDERED.**

Dated: November 17, 2008

MARIA-ELENA JAMES
United States Magistrate Judge