**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3086 MEJ |
| Plaintiff(s), | **ORDER RE JOINT STATUS STATEMENT** |
| vs. | |
| DAVID C. CLARK, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint status statement, filed December 1, 2008. (Dkt. #40.) As it appears that the United States Tax Court has not yet entered its final decision, no further action in the above-captioned matter is required at this time. The parties shall file a joint status letter with the outcome of the tax court cases.

**IT IS SO ORDERED.**

Dated: December 1, 2008

MARIA-ELENA JAMES
United States Magistrate Judge