IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-3086 MEJ |
| Plaintiff(s), | **ORDER RE TAX COURT CASES** |
| vs. | |
| DAVID C. CLARK, et al., | |
| Defendant(s). / | |

The Court is in receipt of the parties' joint status statement, filed January 14, 2009, regarding the outcome of the tax court cases.  (Dkt. #42.)  Although the Court appreciates the parties' efforts in detailing yearly deficiencies and penalties found by the tax courts for various parties, it is unclear how these affect the above-captioned case.  Accordingly, the Court requests that the parties file a joint statement which (1) details how the claims in this case are affected by the tax court decisions, and (2) states how the parties wish to proceed with the present case.

**IT IS SO ORDERED.**

Dated: January 15, 2009

MARIA-ELENA JAMES
United States Magistrate Judge